# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 5, 2014

Robert P. Young, Jr.,
Chief Justice

148419 & (117)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                      SC:  148419
                                      COA:  301384
                                      Genesee CC:  07-021845-FC

TAJUAN MARNEZ WILLIAMS,
     Defendant-Appellant.

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED.  The application for leave to appeal the October 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 5, 2014



Clerk

h0825